## CONSENT TO BECOME A PARTY PLAINTIFF

| | | |
|---|---|---|
| THE STATE OF TEXAS | § | |
| | § | KNOW ALL MEN BY THESE PRESENTS: |
| COUNTY OF HARRIS | § | |

I, __Vu T Tran_____, represent to the Court that I have read the Assignment of Interest and Contingent Fee Agreement presented to me by my Attorney and agree to be bound by its terms. After reading same, I hereby elect to "opt in" pursuant to 29 U.S.C. § 216(b) and consent to becoming a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages under 29 U.S.C. §§ 201, *et seq*. I authorize my attorney to file this document with the Court on my behalf.

This Consent Form was prepared in Houston, Harris County, Texas and was executed on this the __22__ day of _____November_____, 2017.

**APPROVED AND ACCEPTED IN FULL BY THE FOLLOWING CLIENT:**

_[signature]_
**SIGNATURE**

Vu T Tran
**PRINTED NAME**

---

**APPROVED AND ACCEPTED IN FULL ON BEHALF OF LAW FIRM ON THIS THE __22__ DAY OF _____November_____, 2017:**

**THE MELISSA MOORE LAW FIRM, P.C.**

By: _[signature]_
Melissa A. Moore
**THE MELISSA MOORE LAW FIRM, P.C.**
440 Louisiana, Suite 675
Houston, Texas 77002-1637
Telephone: (713) 222-6775
Facsimile: (713) 222-6739