## CONSENT TO BECOME A PARTY PLAINTIFF

**THE STATE OF TEXAS** §
§ **KNOW ALL MEN BY THESE PRESENTS:**
**COUNTY OF HARRIS** §

I, Carlos escamilla , represent to the Court that I have read the Assignment of Interest and Contingent Fee Agreement presented to me by my Attorney and agree to be bound by its terms. After reading same, I hereby elect to "opt in" pursuant to 29 U.S.C. § 216(b) and consent to becoming a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages under 29 U.S.C. §§ 201, *et seq*. I authorize my attorney to file this document with the Court on my behalf.

This Consent Form was prepared in Houston, Harris County, Texas and was executed on this the 7 day of november , 2017.

**APPROVED AND ACCEPTED IN FULL BY THE FOLLOWING CLIENT:**

**SIGNATURE**

carlos escamilla
PRINTED NAME

**APPROVED AND ACCEPTED IN FULL ON BEHALF OF LAW FIRM**
**ON THIS THE** 22 **DAY OF** November , 2017:

**THE MELISSA MOORE LAW FIRM, P.C.**

By: Melissa A. Moore
**THE MELISSA MOORE LAW FIRM, P.C.**
440 Louisiana, Suite 675
Houston, Texas 77002-1637
Telephone: (713) 222-6775
Facsimile: (713) 222-6739