# CONSENT TO BECOME A PARTY PLAINTIFF

THE STATE OF TEXAS § 
§ 
COUNTY OF HARRIS § KNOW ALL MEN BY THESE PRESENTS
§

I, __JOLEE CHAREE__, represent to the Court that I have read the Assignment of Interest and Contingent Fee Agreement presented to me by my Attorney and agree to be bound by its terms. After reading same, I hereby elect to "opt in" pursuant to 29 U.S.C. § 216(b) and consent to becoming a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages under 29 U.S.C. §§ 201, *et seq.* I authorize my attorney to file this document with the Court on my behalf.

This Consent Form was prepared in Houston, Harris County, Texas and was executed on this the __NOV__ day of __20__, 2017.

**APPROVED AND ACCEPTED IN FULL BY THE FOLLOWING CLIENT:**

_____
SIGNATURE

__JOLEE CHAREE__
PRINTED NAME

---

**APPROVED AND ACCEPTED IN FULL ON BEHALF OF LAW FIRM
ON THIS THE __NOV__ DAY OF __20__, 2017:**

THE MELISSA MOORE LAW FIRM, P.C.

By: _____
Melissa A. Moore
THE MELISSA MOORE LAW FIRM, P.C.
440 Louisiana, Suite 675
Houston, Texas 77002-1637
Telephone: (713) 222-6775
Facsimile: (713) 222-6739