## CONSENT TO BECOME A PARTY PLAINTIFF

THE STATE OF TEXAS §
§ KNOW ALL MEN BY THESE PRESENTS:
COUNTY OF HARRIS §

I, Nicholas Rebouche, represent to the Court that I have read the Assignment of Interest and Contingent Fee Agreement presented to me by my Attorney and agree to be bound by its terms. After reading same, I hereby elect to "opt in" pursuant to 29 U.S.C. § 216(b) and consent to becoming a party plaintiff in a Fair Labor Standards Act action to collect unpaid wages under 29 U.S.C. §§ 201, *et seq.* I authorize my attorney to file this document with the Court on my behalf.

This Consent Form was prepared in Houston, Harris County, Texas and was executed on this the 2 day of January, 2018.

**APPROVED AND ACCEPTED IN FULL BY THE FOLLOWING CLIENT:**

Nicholas Rebouche
**SIGNATURE**

Nicholas Rebouche
PRINTED NAME

---

**APPROVED AND ACCEPTED IN FULL ON BEHALF OF LAW FIRM ON THIS THE 2 DAY OF January, 2018:**

**THE MELISSA MOORE LAW FIRM, P.C.**

By: *Melissa Moore*
Melissa A. Moore
**THE MELISSA MOORE LAW FIRM, P.C.**
440 Louisiana, Suite 675
Houston, Texas 77002-1637
Telephone: (713) 222-6775
Facsimile: (713) 222-6739