## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| VU TRAN, | § | |
| Individually and on behalf of all others | § | |
| Similarly situated, | § | |
| Plaintiffs, | § | No. 4:17-cv-03588 |
| -against- | § | |
| | § | |
| KEANE FRAC TX, LLC; KEANE FRAC | § | |
| ND, LLC; KEANE FRAC GP, LLC; | § | |
| KEANE FRAC, LP, KEANE GROUP, LLC; | § | |
| and KEANE GROUP HOLDINGS, LLC, | § | |
| | § | |
| Defendants. | § | |

### ORDER DENYING PLAINTIFF'S MOTION FOR CERTIFICATION & EXPEDITED DISCOVERY

Before the Court is Plaintiff's Motion for Certification and Expedited Discovery, Defendant's Response, and Plaintiff's Reply. The Court finds that Plaintiff has not presented sufficient evidence to warrant conditional certification of a collective action. It is therefore ORDERED that Plaintiff's Motion for Certification and Expedited Discovery is hereby DENIED.

SO ORDERED.

**SIGNED THIS** _____ day of _____, 2018.

_____
Robert A. Junell
Senior U.S. District Judge
Western District of Texas