United States District Court
Southern District of Texas
**ENTERED**
March 18, 2019
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| Vu Tran, et al,<br>　　　Plaintiffs,<br><br>v.<br><br>Keane Frac TX, LLC, et al,<br>　　　Defendants. | §<br>§<br>§<br>§   CIVIL ACTION NO. H-17-3588<br>§<br>§<br>§ |

## O R D E R

The Parties' Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice (Docket Entry No. 186) is hereby **GRANTED**. This action is **DISMISSED** with prejudice.

**SIGNED** at Houston, Texas, on this 18th day of March, 2019.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE